**EXHIBIT 1:** SCREENGRAB OF ORIGINAL VIDEO

