Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 129711

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>ICEYE US, INC. and WEATHER GROUP TELEVISION, LLC,<br><br>    Defendants. | Case No. 8:25-cv-01254-FWS-ADS<br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Complaint Filed: June 11, 2025 |

  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed *with prejudice* pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

//

//

//

//

Case No. 8:25-cv-01254-FWS-ADS

STIPULATED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)

SO STIPULATED.

Dated: October 28, 2025      **SANDERS LAW GROUP**

By:   */s/ Craig Sanders*
CRAIG SANDERS

*Attorneys for Plaintiff*

Dated: October 28, 2025      **DLA PIPER LLP (US)**

By:   */s/ Kristina Fernandez Mabrie*
MARC E. MILLER (pro hac vice application forthcoming)
KRISTINA FERNANDEZ MABRIE

*Attorneys for Defendant ICEYE US, INC.*

Dated: October 28, 2025      **LOEB & LOEB LLP**

By:   */s/ David W. Grace*
DAVID W. GRACE

*Attorneys for Defendant*
*Weather Group Television, LLC*

Pursuant to Local Rule 5-4.3.4, the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 28, 2025      */s/ Craig Sanders*
Craig Sanders